STATE of Missouri, Respondent,

v.

Kevin D. SMITH, Appellant.

No. WD 63421.

Missouri Court of Appeals,
Western District.

April 12, 2005.

Sarah Weber Patel, Appellate Defender, Kansas City, MO, for appellant.

Deborah Daniels, Assistant Attorney General, Jefferson City, MO, for respondent.

Before: SPINDEN, P.J., HOWARD and NEWTON, JJ.

### Order

PER CURIAM.

Kevin Smith appeals from the judgment entered on a jury verdict finding him guilty of domestic assault in the first degree, armed criminal action, and felony stealing. In his sole point on appeal,

Smith claims that the trial court plainly erred in admitting evidence of his prior bad acts against the victim.

We affirm. Rule 30.25(b).